UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-61905-RAR

**KEVIN D. MORNINGSTAR**,

    Plaintiff,

v.

**CITY OF HOLLYWOOD**,

    Defendant.

_____/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On November 18, 2022, the Court entered a Scheduling Order [ECF No. 12] requiring the parties to select a mediator certified under Local Rule 16.2; schedule a time, date, and place for mediation; and jointly file a proposed order scheduling mediation on or before December 8, 2022. The parties then moved for an extension of time to select a mediator, which the Court granted up through and including December 15, 2022. The date for compliance has passed and, to date, the parties have not scheduled a time, date, and place for mediation, or filed a proposed order scheduling mediation. It is therefore

**ORDERED AND ADJUDGED** that on or before **December 23, 2022**, the parties shall comply with the requirements of the November 18 Order and show cause why sanctions should not be imposed for failure to comply. Repeated failure to comply may result in dismissal without prejudice without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 19th day of December, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**