**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

KEVIN B. MORNINGSTAR,

    Plaintiff,

V.                                    Case No.: 22-cv-61905-RAR

CITY OF HOLLYWOOD,

    Defendant.

_____/

**DEFENDANT'S COUNTER-DEPOSITION DESIGNATIONS**

Defendant CITY OF HOLLYWOOD, through its attorneys, serves its counter-designations and objections to Plaintiff's deposition designations as follows.

**I. PLAINTIFF**

    a. Defendant objects to proceeding to trial with Plaintiff's testimony read into the record.

**II. CANDI KOSER**

    a. <u>Counter-Designations</u>

        i. Page 4, Lines 14 – 15, 17

        ii. Page 7, Lines 15 – 21

        iii. Page 8, Lines 23 – 24

        iv. Page 9, Lines 5 – 6, 10 – 15, 18 – 22

        v. Page 14, Lines 14 – 24

        vi. Page 15, Lines 23 – 25

        vii. Page 16, Lines 1 – 19, 22 – 25

        viii. Page 17, Lines 1 – 3, 20 (starting with "We were…") – 25

       ix. Page 19, Line 22 (starting with "So just to make sure I…") – 25

       x. Page 20, Lines 24 – 25

      xi. Page 21, Lines 1 – 6, 8 – 14

     xii. Page 23, Lines 8 – 10

    xiii. Page 24, Lines 4 – 5

    xiv. Page 27, Lines 3 – 24

     xv. Page 28, Lines 10 – 25

    xvi. Page 29, Lines 6 – 7, 12, 15 – 19

   xvii. Page 30, Lines 2 – 15

  xviii. Page 31, Lines 18 (starting with "..on that first date…") – 20, 24 – 25

    xix. Page 36, Lines 16, 21 – 25

     xx. Page 37, Lines 5 – 7

    xxi. Page 38, Lines 22 – 25

   xxii. Page 39, Lines 1 – 7

  xxiii. Page 40, Lines 1 – 8, 11 – 15, 21

  xxiv. Page 41, Lines 1 – 6

   xxv. Page 49, Lines 12 – 13, 22 – 25

  xxvi. Page 50, Lines 8 – 18

 xxvii. Page 52, Lines 3 (Staring at "Once you guys got…") – 6

xxviii. Page 53, Lines 1 – 2

b. <u>Objections</u>

        i. Page 26, Lines 8 – 9 (FRE 401)

       ii. Page 32, Lines 23 – 25, Page 33, Lines 1 – 16 (FRE 802)

      iii. Page 34, Lines 20 – 24 (FRE 401)

**III. DETECTIVE RYAN MCKIRCHY**

  a. <u>Counter-Designations</u>

      i. Page 5, Lines 1 – 8, 12 – 25

      ii. Page 6, Lines 1 – 5

      iii. Page 9, Lines 1 – 20

      iv. Page 10, Lines 8 – 15, Line 25

      v. Page 11, Lines 10 – 25

      vi. Page 12, Lines 1 – 8, 16 – 18

      vii. Page 16, Lines 1 – 25

      viii. Page 17, Lines 11 – 18

      ix. Page 22, Lines 1 – 20

      x. Page 24, Lines 6 – 25

      xi. Page 25, Lines 1– 6

      xii. Page 28, Lines 19 – 23

      xiii. Page 31, Lines 2 –3

      xiv. Page 33, Lines 13–19

      xv. Page 34, Lines 15 (Starting at "What is the procedure…") – 25

      xvi. Page 35, Lines 1–2, 23 – 25

      xvii. Page 36, Lines 18 – 25

      xviii. Page 37, Lines 1 – 24

      xix. Page 54, Lines 5 – 21

      xx. Page 55, Lines 1 – 4, 10 – 14

      xxi. Page 56, Lines 1 – 8

     xxii. Page 57, Lines 16 – 25

    xxiii. Page 58, Lines 1 – 4, 19 – 25

  b. <u>Objections</u>

       i. Page 51, Lines 3 – 12 (FRE 602)

      ii. Page 51, Lines 21–25, Page 52, Lines 1 –4 (FRE 401)

**IV. OFFICER JASON TIMMONS**

  a. <u>Counter-Designations</u>

       i. Page 5, Lines 1 – 25

      ii. Page 6, Lines 1 – 16, 17 (Starting at "Can you be..") – 25

     iii. Page 7, Lines 19 – 25

      iv. Page 11, Lines 21 – 25

       v. Page 12, Lines 1 –5

      vi. Page 13, Lines 24 – 25

     vii. Page 35, Lines 20 – 25

    viii. Page 36, Line 1

  b. <u>Objection</u>

       i. Page 16, Lines 21 – 15 (FRE 401)

Dated: January 2, 2024

Respectfully submitted,

*/s/ Ashley N. Donnell*
Patrick F. Martin; FBN: 998729
pfmartin@ogletree.com
Lara J. Peppard; FBN: 520055
lara.peppard@ogletree.com
Ashley N. Donnell, FBN: 100535
ashley.donnell@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.**
100 North Tampa Street, Suite 3600
Tampa, FL 33602
T: 813.289.1247; F: 813.289.6530

*Attorneys for Defendant*

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 2, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I FURTHER CERTIFY that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                /s/ *Ashley N. Donnell*
                                                Attorney